IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD L. MORRISON,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                              **No. 10-20-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff Morrison and Defendant Astrue's, as Commissioner of Social Security, Stipulation for Reversal with Remand for Further Administrative Proceedings (Doc. 34). Specifically, the parties stipulate to the reversal of the Commissioner's decision pursuant to **42 U.S.C. § 405(g)** and remand for further administrative proceedings. Accordingly, the Court **ACKNOWLEDGES** the Parties Stipulation for Reversal with Remand (Doc. 34). The Court, therefore, **REVERSES** the Commissioner's decision and **REMANDS** the case for further administrative proceedings. The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

David R. Herndon
2010.11.09
15:07:01 -06'00'

**Chief Judge**
**United States District Court**