IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD L. MORRISON,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                                                 No. **10-CV-20-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Reversal with Remand for Further Administrative Proceedings.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 9, 2010, the Court **REVERSES** the Commissioner's decision and **REMANDS** the case for further administrative proceedings.---

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     *s/Sandy Pannier*
            **Deputy Clerk**

Dated: November 10, 2010


David R. Herndon
2010.11.10 11:14:50
-06'00'

APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT