IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD L. MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 10-20-DRH-CJP |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court grants the Stipulation to Award EAJA Fees and hereby orders an award to Plaintiff under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $2000 for attorney fees and expenses. This award will satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 2412(a), in this civil action.

Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). After this award is entered, if Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award for fees and expenses be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and her attorney.

Dated: December 21, 2010

David R. Herndon
2010.12.21
10:53:30 -06'00'

David R. Herndon
United States Chief District Judge

1